

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

KERRY S. CULPEPPER *

TEL: (808) 464-4047
FAX: (202) 204-5181

\* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
 AND BEFORE THE USPTO

WWW.CULPEPPERIP.COM
————
SPECIALIZING IN PATENTS, TRADEMARKS & COPYRIGHTS

September 13, 2019
**VIA FIRST CLASS MAIL**

Copyright Agent, Comscore, Inc.
c/o Timothy B. Hyland
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, Virginia  20190

Re: Copyright Claim

Dear Mr. Hyland:

<u>An electronic signature of the copyright owners, or a person authorized to act on behalf of the owners, of an exclusive copyright that has allegedly been infringed.</u>

Kerry S. Culpepper authorized to act on behalf of owners Hunter Killer Productions, Inc.

/Kerry S. Culpepper/

<u>State your contact information, including your TRUE NAME, street address, telephone number, and email address.</u>

Kerry S. Culpepper, Esq.

Culpepper IP, LLLC

75-170 Hualalai Road

Suite B204

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

kculpepper@culpepperip.com

<u>Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.</u>

# Exhibit "1"

Page 2

Infringement of the motion picture <u>Hunter Killer</u> is/was induced by (1) the content (promotional language of YTS); and/or (2) the link to download the torrent file of the motion picture at the website YTS.AM hosted and/or supported at following IP address at following times:

| No. | IP address | Hit Date | Infringing Website/Motion Picture |
|---|---|---|---|
| 1 | 8.25.104.5 | 2018-04-06 22:53:05.948171+00 | yts.am |
| 2 | 8.25.104.5 | 2019-02-17 05:33:10 | Hunter Killer |

<u>Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit COMSCORE to locate the material.</u>

(1) the content (promotional language of website YTS.AM); and/or (2) the link to download the motion picture at the website; and/or (3) the motion picture *Hunter Killer*

Information reasonably sufficient to permit COMSCORE to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.

Kerry S. Culpepper, Esq.

Culpepper IP, LLLC

75-170 Hualalai Road

Suite B204

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

<u>A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owners, its agent, or the law.</u>

I, have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owners, its agents, or the law.

Page 3

<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owners, or is authorized to act on behalf of the owners, of an exclusive right that is allegedly infringed.</u>

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of owners Hunter Killer Productions, Inc. of an exclusive right that is allegedly infringed.

Sincerely,

/ksc/

Kerry S. Culpepper